| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Brigham F. Stearns, Jr. & Marianne B. Stearns | Case No.: 20-16070 <br> Chapter: 13 <br> Judge: ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Brigham F. Stearns, Jr._____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/12/23

Debtor's Signature: *Brigham F. Stearns, Jr.*

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Langdon F. Stearns, Jr. & Marianne D. Stearns | Case No.: 20-16070 |
| | Chapter: 13 |
| | Judge: ABA |

CHAPTER 13 DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE

I, Langdon F. Stearns, Jr., debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ______________ ______________
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

[illegible]

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Brigham F. Stearns, Jr. & Marianne B. Stearns | Case No.: 20-16070 <br> Chapter: 13 <br> Judge: ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Marianne B. Stearns _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/12/23

_Marianne B. Stearns_
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18